NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

13-1324

STATE OF LOUISIANA

VERSUS

MANAL GILBERT

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 05-1798
HONORABLE LORI A. LANDRY DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JUDGE SHANNON J. GREMILLION**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Shannon J. Gremillion, Judges.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

Robert K. Chevalier
District Attorney's Office
300 Iberia Street
New Iberia, LA 70560
(337) 369-4420
COUNSEL FOR APPELLEE:
     State of Louisiana

Carey Ellis, III
P.O. Box 719
Rayville, LA 71269-0719
(318) 728-2043
COUNSEL FOR APPELLANT:
     Manal Gilbert

Gremillion, Judge.

Defendant-Appellant, Manal Gilbert, was charged by bill of information on October 20, 2005, with possession of marijuana with intent to distribute, a violation La.R.S. 40:966; possession of clonazepam, a violation of La.R.S. 40:969; and possession of drug paraphernalia, a violation of La.R.S. 40:1033. On January 23, 3008, Defendant-Appellant entered a plea of guilty to possession of marijuana with intent to distribute and was sentenced to thirty (30) years at hard labor, to run concurrently with the sentence imposed in docket number 06-1990. The sentence was suspended, and Defendant-Appellant was placed on supervised probation for five (5) years. The possession of clonazepa charge and the possession of drug paraphernalia were dismissed.

On August 27, 2012, Defendant-Appellant admitted that she violated the conditions of her probation and was ordered to serve the originally imposed sentence. Defendant-Appellant filed a "Motion to Vacate & Resentence" with the trial court on September 7, 2012, seeking to vacate the original sentence. On November 13, 2012, a hearing was held on Defendant-Appellant's "Motion to Vacate and Resentence." The trial court denied Defendant-Appellant's "Motion to Vacate and Resentence" on December 20, 2012. On June 12, 2013, Defendant-Appellant filed a "Motion for Appeal and Designation of Record" with the trial court. On June 17, 2013, the trial court granted Defendant-Appellant's "Motion for Appeal and Designation of Record" with a return date of September 9, 2013.

On November 20, 2013, this court lodged the record for appeal. On December 2, 2013, this court issued a rule to show cause why this matter should not be dismissed as the judgment is not appealable. La.Code Crim.P. art. 912.

On December 26, 2013, Defendant-Appellant responded, acknowledging that the case is non-appealable but requesting that Defendant-Appellant be granted

an opportunity file to an application for supervisory writs. Accordingly, the appeal in this case is hereby dismissed. Defendant-Appellant is hereby permitted to file a proper application for supervisory writs, in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than thirty days from the date of this decision. Defendant-Appellant is not required to file a notice of intent to seek writs nor obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**